IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD M. LUCKASEVIC, ROBERT STARANKO, ROBERT BONUCCI, JR., JOHN J. WHITE, LOUIS J. LUBECKI, JR., WILLIAM F. WILKINSON, COLETTE G. SPHAR, MATTHEW STASICHA, JAMES A. LUTES and FRANK BENNETT, <br><br>    Plaintiffs, <br><br>    v. <br><br>**WORLD KITCHEN, INC., WKI HOLDING COMPANY, INC., TIMOTHY GERTZ, DONALD O. GOOD** and **SHAWN STARANKO**, <br><br>    **Defendants.** | 2:06cv1629 <br> Electronic Filing <br><br> Judge Cercone <br> Magistrate Judge Caiazza |

## MEMORANDUM ORDER

On December 13, 2006, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On July 30, 2007, the magistrate judge issued a Report (Document No. 26) recommending that the Defendants' Motion to Dismiss (Document No. 21) be granted regarding Defendants Donald O. Good, Shawn Staranko and Timothy Gertz, but otherwise denied. Service of the Report and Recommendation was made on the parties, and objections were filed by the Defendants on August 16, 2007. *See* Doc. 27.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following Order is entered:

AND NOW, on this 6 day of September, 2007, IT IS ORDERED that the Defendants' Motion to Dismiss (Document No. 21) is **GRANTED** regarding Donald O. Good, Shawn Staranko and Timothy Gertz, and these Defendants are DISMISSED from this lawsuit.  Otherwise, the Defendants' Motion to Dismiss is **DENIED**.

The Report and Recommendation of Magistrate Judge Caiazza dated July 30, 2007, is hereby adopted as the opinion of this Court.

                                                      _____
                                                      David Stewart Cercone
                                                      United States District Judge

cc:   Honorable Francis X. Caiazza
      United States Magistrate Judge

      Edward A. Olds, Esquire
      1007 Mount Royal Boulevard
      Pittsburgh, PA 15223

      Adrianne C. Mazura, Esquire
      Kelli A. Toronyi, Esquire
      DLA Piper US
      203 North LaSalle Street
      Suite 1900
      Chicago, IL 60601

      Michael J. O'Neill, Esquire
      Dla Piper Rudnick Gray Cary
      1650 Market Street
      Suite 4900, One Liberty Place
      Philadelphia, PA 19103